No. 931. THE PEOPLE, APPELLEE, *v.* GONZÁLEZ, APPEL-LANT.—Carrying prohibited weapons. Humacao. December 3, 1915. Judgment affirmed, but modified by imposing a fine of $50 on the defendant or one day in jail for each dollar not paid.

No. 1427. GARCÍA, APPELLEE, *v.* GARCÍA, APPELLANT.—Ownership. San Juan, Section 1. December 7, 1915. Appeal dismissed.

No. 937. THE PEOPLE, APPELLEE, *v.* NIEVES ET AL., APPEL-LANTS.—Aggravated assault and battery. Humacao. December 7, 1915. Judgment affirmed.

No. 1306. SANTI, APPELLANT, *v.* CRUZ, APPELLEE.—Ownership. Ponce. December 8, 1915. Appeal dismissed.

No. 820. THE PEOPLE, APPELLEE, *v.* HERNÁNDEZ, APPEL-LANT.—Attempted murder. Aguadilla. December 9, 1915. Judgment affirmed.

No. 923. THE PEOPLE, APPELLEE, *v.* MUÑOZ, APPELLANT.—Embezzlement.

No. 924. THE PEOPLE, APPELLEE, *v.* MUÑOZ, APPELLANT.—False representation.

No. 926. THE PEOPLE, APPELLEE, *v.* MUÑOZ, APPELLANT.—Embezzlement.

No. 927. THE PEOPLE, APPELLEE, *v.* MUÑOZ, APPELLANT.—False representation.

No. 929. THE PEOPLE, APPELLEE, *v.* ARRIETA, APPELLANT.—Contempt for perjury.

No. 938. THE PEOPLE, APPELLEE, *v.* PALACIOS ET AL., APPEL-LANTS.—Aggravated assault and battery.

December 9, 1915. Judgments affirmed.